United States District Court
Southern District of Texas
**ENTERED**
May 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID GIBSON, *et al*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:19-CV-01561 |
| JOHNSON & JOHNSON, *et al*, | § |
| Defendants. | § |

## ORDER

The Court having considered the papers submitted in support of and in opposition to the plaintiffs' Motion for Remand or in the Alternative, Abstention (Dkt. No. 2), as well as arguments of counsel contained in the pleadings, the Court determines that all motions are STAYED, pursuant to 28 U.S.C. § 157(b)(5).

It is so ORDERED.

SIGNED on this 24th day of May, 2019.

Kenneth M. Hoyt
United States District Judge